UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HECTOR GALICIA CUEVAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI SANDSTONE,<br><br>Respondent. | Case No. 25-CV-528 (NEB/DLM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the March 11, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 9.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED;

2. Petitioner Hector Galicia Cuevas's Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED; and

3. The matter is DISMISSED.

LET JUDGMENT BE ENTERED.

Dated: April 10, 2025                                BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge